# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:06-00006-1 |
| ) | JUDGE NIXON |
| ) | |
| CHRISTOPHER WARNER ) | |

## AGREED ORDER

A petition regarding noncompliance with supervised release is pending before the Court. (D.E. 18). Defendant Christopher Warner admits that he has violated the conditions of supervision as alleged. The parties jointly recommend that Mr. Warner continue with his term of supervised release and further recommend that the Court add a special condition to serve four weekends in jail, from 8:00 p.m Friday night through 8:00 p.m. Sunday night.

After considering the petition, defendant Warner's admissions, and the recommendations of the parties, the Court finds that the defendant has violated the conditions of his supervision. The defendant shall continue his term of supervised release and all existing supervision conditions remain in place. The Court adds an additional special condition of supervision for Mr. Warner to serve four weekends in jail, from 8:00 p.m. Friday night until 8:00 p.m. Sunday night, at the direction of the United States Probation Office.

The Court further recommends to the Bureau of Prisons and United States Probation Office that the defendant serve the four weekends at the Williamson County Jail or another jail facility, but not in the Maury County jail.

It is so Ordered.

JOHN T. NIXON
UNITED STATES DISTRICT JUDGE